Eric H. Gibbs (SBN 178658)
ehg@classlawgroup.com
Andre M. Mura (SBN 298541)
amm@classlawgroup.com
Karen Barth Menzies (SBN 180234)
kbm@classlawgroup.com
Amy M. Zeman (SBN 273100)
amz@classlawgroup.com
Steve Lopez (SBN 300540)
sal@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701

*Attorneys for Plaintiff and Proposed Class*

Erik M. Kowalewsky (SBN 205985)
erik.kowalewsky@kennedyslaw.com
**KENNEDYS CMK LLP**
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone: (415) 323-4462
Facsimile: (415) 323-4445

*Attorneys for Defendant*

*[Additional counsel on signature page]*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAVEN AND THE BOW, LLC d/b/a IVY ROOM,<br><br>Plaintiff,<br>v.<br><br>FIRST MERCURY INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:20-cv-3264-PJH<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. Phyllis J. Hamilton<br><br>Complaint Filed: May 13, 2020 |

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 4:20-cv-3264-PJH

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Raven and the
2   Bow, LLC d/b/a Ivy Room, and Defendant First Mercury Insurance Company, stipulate to
3   voluntarily dismiss this action without prejudice, with each party bearing its own costs,
4   expenses, and attorneys' fees. This stipulation of dismissal is signed by all parties who have
5   appeared, and dismissal under Rule 41(a)(1)(A)(ii) is therefore appropriate.

Dated:  November 2, 2020               Respectfully submitted,

**GIBBS LAW GROUP LLP**

By: */s/ Andre M. Mura*

Andre M. Mura (SBN 298541)
amm@classlawgroup.com
Eric H. Gibbs (SBN 178658)
ehg@classlawgroup.com
Karen Barth Menzies (SBN 180234)
kbm@classlawgroup.com
Amy M. Zeman (SBN 273100)
amz@classlawgroup.com
Steve Lopez (SBN 300540)
sal@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile:  (510) 350-9701

Andrew N. Friedman (*pro hac vice forthcoming*)
Victoria S. Nugent (*pro hac vice forthcoming*)
Julie Selesnick (*pro hac vice forthcoming*)
Geoffrey Graber (SBN 211547)
Eric Kafka (*pro hac vice forthcoming*)
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
vnugent@cohenmilstein.com
jselesnick@cohenmilstein.com
ggraber@cohenmilstein.com

ekafka@cohenmilstein.com
kputtieva@cohenmilstein.com

*Attorneys for Plaintiff and Proposed Class*

Dated:  November 2, 2020

Respectfully submitted,

**KENNEDYS CMK LLP**

By: /s/ *Erik M. Kowalewsky*

Erik M. Kowalewsky (SBN 205985)
101 California Street, Suite 1225
San Francisco, CA 94111
Telephone: (415) 323-4462
Facsimile: (415) 323-4445
erik.kowalewsky@kennedyslaw.com

Christopher R. Carroll (*pro hac vice pending*)
Kristin V. Gallagher (*pro hac vice pending*)
Daniel Pickett (*pro hac vice pending*)
**KENNEDYS CMK LLP**
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
Telephone: (908) 848-6300
Facsimile: (908) 647-8390
christopher.carroll@kennedyslaw.com
kristin.gallagher@kennedyslaw.com
daniel.pickett@kennedyslaw.com

*Attorneys for Defendant*

**ATTESTATION OF E-FILED SIGNATURE**

I am the ECF User whose ID and password are being used to file the foregoing document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that the other signatories listed have concurred in this filing.

Dated:  November 2, 2020                               By:  ___/s/ Andre M. Mura___